**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Anael VASQUEZ–DIAZ, Defendant– Appellant.**

No. 10–50155.

United States Court of Appeals, Ninth Circuit.

Submitted April 20, 2011.[*]

Filed April 28, 2011.

Caroline Han, Steve Miller, Assistant U.S., Bruce R. Castetter, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Karyn H. Bucur, Esquire, Karyn H. Bucur Attorney at Law, Laguna Hills, CA, for Defendant–Appellant.

Before: RYMER, THOMAS and PAEZ, Circuit Judges.

MEMORANDUM [**]

Anael Vasquez–Diaz appeals the sentence imposed following his guilty plea to attempted entry after deportation in violation of 8 U.S.C. § 1326. Vasquez–Diaz contends that the district court erred in determining that his prior conviction for making criminal threats in violation of Calif. Penal Code § 422 was a crime of violence warranting a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A). As Vasquez–Diaz concedes, this contention is foreclosed by *United States v. Villavicencio–Burruel,* 608 F.3d 556 (9th Cir.2010), which held that a § 422 violation is categorically a crime of violence.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.